UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 09-886 (JLL) |
| MICHAEL J. MANZO | : | ORDER |

This matter having come before the Court on the joint motion of the United States of America (Paul J. Fishman, United States Attorney for the District of New Jersey, by Assistant U.S. Attorney Sandra L. Moser, appearing) and defendant Michael J. Manzo (Frank P. Arleo and Stacy Biancamano, Esquires, appearing), under Federal Rule of Criminal Procedure 11(d)(2)(B) to withdraw the guilty plea entered on December 2, 2009, and the Court having found that there exists a fair and just reason for requesting the withdrawal, and for good cause shown, it is on this 27th day of January, 2012,

ORDERED that the joint motion to withdraw the guilty plea entered by defendant Michael J. Manzo on December 2, 2009, is GRANTED.

HON. JOSE L. LINARES
United States District Judge