PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

U.S.A. vs. **Michael Manzo**  Docket No. **09-886**

### Petition for Action on Conditions of Pretrial Release

    COMES NOW **Elizabeth Auson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Michael Manzo**, who was placed under pretrial release supervision by the **Honorable Madeline Cox Arleo, U.S. Magistrate Judge** sitting in the Court at Newark, New Jersey, on July 23, 2009, on a $25,000 unsecured appearance bond along with the following conditions:

1. Pretrial Services supervision
2. Surrender all passports and travel documents to Pretrial Services. Do not apply for travel documents.
3. Travel restricted to New Jersey and New York, unless otherwise approved by Pretrial Services
4. No contact with victims, witnesses or co-defendants, unless in presence of counsel
5. No firearms in residence. Remove firearms from residence within 24 hours.
6. Surrender firearms identification card to Pretrial Services
8. Mental health testing / treatment as directed by Pretrial Services

    Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER: **ALL DOCUMENTS SURRENDERED AS A CONDITION OF PRETRIAL RELEASE RETURNED TO THE DEFENDANT**

ORDER OF COURT

Considered and ordered this 21st day of February, 2012 and ordered filed and made a part of the records in the above case.

_____
Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2012

_____
Elizabeth Auson
U.S. Pretrial Services Officer